Summon does not match caption of the complaint.

Summon not issued.

FILED
CLERK, U.S. DISTRICT COURT
6/2/22
CENTRAL DISTRICT OF CALIFORNIA
BY: cs   DEPUTY

Fee Paid

Elizabeth Thomas (Full Name)
11747 Carson Street (Email Address)
Lakewood, CA 90715 (Address Line 1)
lakewoodcarsonstreet@gmail.com (Address Line 2)
(562) 541-3605 (Phone Number)
Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CV22-3802-CJC(JEM)

Elizabeth Thomas,

PLAINTIFF,

vs.

Lakewood Sheriff's Dept, Lakewood City Council, 7 Eleven, Pioneer, Carson Liquor Market, Lakewood City Council, Golden State Water, Southern California Edison Edgewater Aspen, Lakewood Mr. Carburetor Land

DEFENDANT(S).

William Rothacker Jr.

Case No.: _____
(To be supplied by the Clerk)

COMPLAINT FOR:
Quiet Title, Cal. Civ. Code 760.020, 28 U.S Code 2409a Complaint

Jury Trial Demanded: ☑ Yes  ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under Title 28, Section 1332 of the United States Code (28 U.S.C 1332(a)). Jurisdiction Amount exceeds $75,000 and no Plaintiff shares a state of citizenship with any defendant.

1

Revised: July 2013
Form Prepared by Public Counsel
© 2010 Public Counsel. All Rights Reserved.

Page Number

## II. VENUE

2. Venue is proper pursuant to 28 USC 1391 because the property at issue in this complaint is located in this district and the defendant is a entity formed out of state registered with the Secretary of state to do business in California

## III. PARTIES

3. Plaintiff's name is Worktough inc, Elizabeth Thomas. Plaintiff resides at: 11747 Carson Street, Lakewood, CA 90715, the commercial property which is the subject of the matter.

4. Defendant is a entity that was formed out of state, in Colorado and is registered with the State of California Secretary to do business in the state of California. Defendant claims to have interest in my commercial property and wants me to vacate the premises. Defendents claims are erroneous and by mistake.

5. Defendant William Rothacker Jr. is the Officer and Chief of Cadence Capital Investments, LLC. Says he has never been inside of my property and never has seen it. Defendant was not aware of the things that were going on there and did not know that someone was hurt on the property.

2
Page Number

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

*Page Number*

## IV. STATEMENT OF FACTS

I. Plaintiff, in this complaint is known as the Property owner in possession and has exclusive possession since 2017. All utilities are in the Plaintiffs name and business name. Plaintiff acquired the Property through a family that stayed in the property for $125.00. THE man had been living there for 3 years he said him and his wife and kids. Plaintiff still has contact with the family till this day. Plaintiff asked the man how did he get into the Place, said he used to work for the man who owned it before

. and never left. After the business who had it before left. The Commercial Property was abandoned and neglected to the extent of no return. There was graffitti everywhere, Rats and Roaches, transients coming in and out of the property. Drug paraphernilia, condom wrappers, condoms w/ body fluids inside of some of them Remained, there were dead possoms, spiders with nests that climb the ceiling and walls. THE Plumbing was so backed up from towels, Rag like towels inside of the pipes. Plaintiff and her

. Business Partner had to both pay for Rentals Tool at the Local Home Depot in Buena Park and Lakewood. Plaintiff and He business partner established accounts because the Plumbing was beginning to become a nightmare. Plaintiff searched for anyone that called themselves the true owner. No one claimed it but her. Plaintiff Purchased a. american flag from Harbor Freight and had her business partner attach it and hang it high up on the Building for Everyone to see.

\_\_\_. Unlike the adverse possession doctrine, the statutes are not predicated upon length of occupancy. Statutory policy is predicated upon mistake by the occupant, they reflect an intent to grant relief to the mistaken occupier, not to repudiate or reduce his rights.

\_\_\_. Adverse possession refers to occupation or use of land adverse to legal title, not to a particular holder of legal title.

\_\_\_. Violation of the 5th Amendment
11747 Carson Street, Lakewood, CA 90715, is the subject of the matter. Ownership is in dispute. Plaintiff retrieved a yellow letter, flyer from off of her building. The flyer was a notice/announcement from the City of Lakewood. Cadence Capital Investments put in a application for a CUP. Conditional Usage Permit to demolish the building and put up a service gas station. The property is private property.

Page Number

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

42 U.S Code § 1983 - Civil Action For Deprivation of Rights
*insert title of cause of action*

(As against Defendant(s): _____ )

___. THE Property is Private Property. Exhibit 1, IF you take a look. It clearly shows that he iN Plaintiffs possession it is Private Property. It clearly says CO on the Building. NO person shall be held to answer For a Capital, or otherwise iNfamous Crime unless on a presentment or indictment OF a Grand Jury; except IN cases arising in the land or naval Forces, or in the Militia when in actual service in time of war or Public danger, nor shall any person be Subject For the same offence to be twice put in Jeopardy of life or limb, nor shall be compelled

___.

*Page Number*

# SECOND CAUSE OF ACTION

(_____)
*insert title of cause of action*

**(As against Defendant(s):** _____

_____)

*Insert ¶ #*

_____

_____

_____

_____

_____

*Insert ¶ #*

_____

_____

_____

_____

_____

*Insert ¶ #*

_____

_____

_____

_____

*Page Number*

**THIRD CAUSE OF ACTION**

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____
_____ )

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Page Number

## FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

___.___
*Insert ¶ #*

___.___
*Insert ¶ #*

___.___
*Insert ¶ #*

*Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___.
*Insert ¶ #*
_____
_____
_____
_____

___.
*Insert ¶ #*
_____
_____
_____
_____

___.
*Insert ¶ #*
_____
_____
_____
_____

___.
*Insert ¶ #*
_____
_____
_____

Dated: _____

Sign: _____

Print Name: _____

_____
*Page Number*

**DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _____

Sign: _____

Print Name: _____

4831-5981-9291, v. 1

Page Number