1  Elizabeth Thomas _____ (Full Name)
2  Lakewood Carson Street (Unincorporated Address)
3  11747 Carson Street _____ (Address Line 1)
4  Lakewood, CA 90715 _____ (Address Line 2)
5  (562) 541-3665 _____ (Phone Number)
6  Plaintiff _____ in Pro Per
   (Indicate Plaintiff or Defendant)

AMENDED Complaint

FILED
CLERK, U.S. DISTRICT COURT
JUN 28 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jesse Manuel Ortiz, Elizabeth Thomas, Federal Agent Rodriguez

PLAINTIFF,

vs.

Lakewood Sheriffs Department, William Rothacker JR., Cardenal Capital Investments LLC, Lakewood WW Motel, Chargewater Land Closer, Pioneer Market Liquor Store, Golden State Water (Southern CA Edison), EDCO waste

DEFENDANT(S).

Case No.: CV22-3802-CJC(JEM)
(To be supplied by the Clerk)

COMPLAINT FOR:
Quiet Title, Perjury with the Intent to Fraud the Court, Violation of Amendment 4

Jury Trial Demanded: ☒ Yes ☐ No

### I. JURISDICTION

1. This Court has jurisdiction under 28 U.S.C 1331 Federal Question. The district Courts shall have original jurisdiction of all civil actions arising under the Constitution, Laws, or treaties of The United States.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. 1391. The property at issue in this complaint is located in this district.

## III. PARTIES

3. Plaintiff's name is Elizabeth Thomas & Jesse Manuel Ortiz. Plaintiff resides at: 11747 Carson Street, Lakewood, CA 90715. Plaintiff began staying at the property in 2017. Plaintiff almost Died on the property. Los Alamitos Hospital would not check him in. The doctors immediately transferred him to U.C.I Medical Center - Placentia Hospital to run tests because they never seen anything like this infection before.

4. Defendant Lakewood Sheriffs Department are Mentioned in this complaint because several significant events were witnessed by the Sheriffs and Plaintiff would like the Judge to subpoena documents from them as proof for Plaintiffs case.

5. Defendant William Rothacker Jr. is the owner of Cadence Capital Investments, LLC. Defendant claims to be the owner of the property Plaintiffs are staying in. Defendant brought a claim before the courts when it should have been Dismissed based on the statue of limitations and several events that occurred.

1. #3 Defendant: Lakewood Inn Motel "The Owner"
   Insert ¶ #
   Defendant is Plaintiffs Neighbor. Defendant Claims to have interest in Plaintiffs Property.

2. #4. Defendant Carburator land "Automotive Shop"
   Insert ¶ #
   Owner claims to have interest in Plaintiffs property.

3. #4. Defendant Carson - Pioneer Liquor Market
   Insert ¶ #
   The owners of this liquor store claim to have some interest in Plaintiffs property.

4. #5. Defendant Golden State Water, Southern CA Edison, Enco Waste Disposal
   Insert ¶ #
   These are the utility companies Plaintiff pays money to monthly. Plaintiff would like the Judge to issue a subpoena to produce documents proving Plaintiffs ownership.

## IV. STATEMENT OF FACTS

#1 - Possession

Plaintiffs Are in Possession of the Property. Plaintiffs Are there and have exclusive possession to the property. Plaintiff Thomas Put UP Signage on the building announcing ownership. Plaintiff Position their american Flag above the Main Window for everyone to see. Plaintiffs have all utilities established in their names and a trash account in their business name. Plaintiffs have 8 tenants that rent space from them and have built a shed in the back and remodeled every room. The statue of limitations to File a claim has expired Defendants can not make a claim because Plaintiffs Put up Signage for the world to see. With routine checks and daily maintenance "The true owner" would have noticed that someone was living there.

#2. Defendant Filed a Unlawful detainer against the Plaintiffs wife. Falsely Accused her of Breaking and Entering the Property. Plaintiff does not know where these accusations come from. Defendant said Plaintiff Snuck in over night and withheld the Property from the true owner. These are false and the defendant should be held accountable for misleading the Court to receive possession of Plaintiffs Property. Because of the statue of limitations Defendant lied because their time to File a claim had expired.

4
Page Number

TO: Bring a claim Forth — and get it heard by a Judge and win; TO ME ward be the only way possible. Defendant should be arrested and fined $5,000 for perjury and the intention to deceive the court and unlawfully win possession of plaintiff property. Defendant under oath submitted photos to the court May 2nd at 10:00am as evidence. When presented w/ the photos Ms. Thomas noticed the deceit right away. Before she could say anything the defendant mentioned he had took the photo at an angle. Clearly it was a lie. Several photos that defendant presented were photoshopped. Defendant presented copies of checks made for taxes and those were fake. The defendant forgot to mention the property was in default for some time. Plaintiff would like for defendant to prove the date taxes were paid. Plaintiff can prove she/he paid before defendant. Defendant mentioned a trial date but did not inform plaintiff of witnesses or any pictures or documents that were gonna be used. Defendant attempted to send something via FedEx but delivered it to a residence near plaintiffs' old address. If defendants did their research they would have noticed on the Secretary of State website business search that plaintiffs address is clear as day. Defendant sent documents to the last old address to mislead and file a late response on plaintiff in court to unlawfully possess the property. Defendant should be held accountable and fined $5,000.

5

Page Number

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(Violation of Amendment V)
*insert title of cause of action*

(As against Defendant(s): Lakewood Sheriffs Department, William Ruthacker - R. Cadence Capital Investments, LLC

#1. No Person shall be held to answer for a capital, or otherwise infamous crime, unless presentment or indictment of a Grand Jury, except in cases arising in the Land or Naval Forces or in the Militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in Jeopardy of life or limb nor shall be compelled in any criminal case to be witness against him self nor be deprived of life, liberty or property.
#2. Without Due Process, Nor Shall Private Property be taken for Public Use.

Plaintiff did not have proper representation for the defense, she/he requested additional time but the Court merely forwarded because the defendant wanted to proceed on with the trial.

#2. Violation of Amendment VIII

"Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted."
Plaintiff's husband was arrested on April 26, 2022. Plaintiff's wife and himself had gotten into an argument that was because of stress. The Bellflower Courthouse put Plaintiff in a diversion program that the wife says "ruined their relationship" and she is now suing the courthouse and Lacada Behavioral Services in small claims court.

Page Number
6

## SECOND CAUSE OF ACTION

(Rule 3.1327 violated and ignored)

(As against Defendant(s): William Pothacker Jr. Cadence Capital Investments, LLC)

#1. Motions to Quash or to Stay action in Summary Proceedings involving Possession of Real Property.

(a) Notice, in an unlawful detainer action or other action brought under chapter 4 of Title 3 of Part 3 of the Code of Civil Procedure (commencing with Section 1159) ~~Notice of a motion to quash service of summons on~~ the ground of lack of jurisdiction or to stay or dismiss the action on the ground.

#2. Plaintiff filed a motion to quash during her ~~trial. Defendants completed issued her response~~. Defendants should be held accountable and fined $1000 for lieing under oath and not following protocol necessary.

#3. Defendant owed a "legal duty of care" to the public. Defendants negligence caused Plaintiff to have permanent ~~hand~~ nerve damage in his left hand. Plaintiff can not use the hand that well. Nor can he feel anything in his left hand. Plaintiffs will always and forever have nerve damage. UCI medical center stated that Plaintiff has damage and will put his hand and pics ~~from doctors~~ before and after surgery in their discovery packet.

7

*Page Number*

## THIRD CAUSE OF ACTION

(Code Civil Code - Civ Division 3 - Obligations)
*insert title of cause of action*

(As against Defendant(s): William Pothacker JR.)

#1. An Obligation is a legal Duty, by which a Person is bound to do or not to do a certain thing. Defendant was obligated to maintain and keep upkeep to the property and to maintain it well. The property was in default of Taxes, It had been abandoned for several years. The homeless was in and out of it and there was trash everywhere and the property was a issue to the community. The Crime rate increased due to this property being abandoned and neglected. On Carson St the homeless were committing Crimes about that. The crime committed increased because of the drug usage which was happening right there on Carson St. Plaintiff and I had to remove trash, and clean up the property. There were so much paraphenilia and things hidden in the dirt or grass had grew up on.

8

*Page Number*

# FOURTH CAUSE OF ACTION

( Statue of Limitations )
*insert title of cause of action*

(As against Defendant(s): William Rothrocker Jr.

#1. Defendants can not claim of ownership is by mistake. Property was in default, the property was neglected, abandoned and misused by the homeless.

#2. Defendant owed a legal Duty of Care to the public by maintaining the properties landscaping, checking the premises for any trespassers and routinely having trash picked up. Defendant wants possession of plaintiffs property but statute of limitations has ran out / expired. When signage went on the building announcing plaintiffs ownership and no one opposed till 5 years later. Plaintiff has exclusive possession, Plaintiff is the only one with keys, Plaintiff has paid sum Taxes and All utilities are in their name, Tenants w/ leases are on the property and their property. Boats that are $50,000 in value, Toy haulers and The plaintiff has a contract w/ the port of long beach. One of the plaintiffs tenants are storing containers back and forth for the port.

9

*Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

#1. This case be reviewed thoroughly. The evidence be looked at with consideration to how long we have been here. Plaintiff asks that the defendant no longer dismiss their frivolous claims and just accept that Plaintiff put to use the property that they defendant abandoned.

Plaintiff asks that defendant be held in contempt for perjury and false allegations and attempting to mislead the court with photoshopped evidence. Plaintiff request that William Rothacker JR. leaves Plaintiff alone and their property alone and pay a $500 fine for false allegations.

For my husbands hand plaintiff and nerve damage plaintiff is suing Defendant for $1,000,000 for Plaintiff nerve damage and suffering.

Dated: June 28, 2022
Sign: Elizabeth Thomas
Print Name: Elizabeth Thomas, Plaintiff
Jesse Ortiz

10

Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: June 28, 2022

Sign: _____

Print Name: Jose Ortiz, Elizabeth Thomas

4831-5981-9291.v. 1

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

Elizabeth Thomas

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

Lakewood Inn, Lakewood City Council, Lakewood Sheriff Dept, Christopher Land, Lakewood Inn, Teacher Lakewood City Council

**(b) County of Residence of First Listed Plaintiff:** Los Angeles County
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:** Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

Elizabeth Thomas
17117 Carson Street, Lakewood, CA 90715

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [X] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No  (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [ ] No    **MONEY DEMANDED IN COMPLAINT:** $ 95,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Cal. Civ. Code § 760.020 Plaintiff claims title to all specific property, request court for writ that Plaintiffs title is superior to any interest claimed by defendant.

**VII. NATURE OF SUIT** (Place an X in one box only). 28 US Code § 2409a

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 376 Qui Tam (31 USC 3729(a)) | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 400 State Reapportionment | [ ] 130 Miller Act | [X] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 835 Patent - Abbreviated New Drug Application |
| [ ] 410 Antitrust | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 880 Defend Trade Secrets Act of 2016 (DTSA) |
| [ ] 450 Commerce/ICC Rates/Etc. | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | **SOCIAL SECURITY** |
| [ ] 460 Deportation | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 861 HIA (1395ff) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 862 Black Lung (923) |
| [ ] 480 Consumer Credit | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 485 Telephone Consumer Protection Act | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 195 Contract Product Liability | [ ] 362 Personal Injury-Med Malpratice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 895 Freedom of Info. Act | [ ] 196 Franchise | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| [X] 896 Arbitration | **REAL PROPERTY** | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accommodations | [ ] 740 Railway Labor Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:   Case Number:

CV-71 (10/20)                                         CIVIL COVER SHEET                                    Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

☒ NO  ☐ YES

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

**QUESTION A: Was this case removed from state court?**
☐ Yes ☒ No

If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there.

| STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|
| ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| ☐ Orange | Southern |
| ☐ Riverside or San Bernardino | Eastern |

**QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?**
☐ Yes ☒ No

If "no," skip to Question C. If "yes," answer Question B.1, at right.

**B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?
check one of the boxes to the right →
☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.
☒ NO. Continue to Question B.2.

**B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)
check one of the boxes to the right →
☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.
☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there.

**QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?**
☐ Yes ☒ No

If "no," skip to Question D. If "yes," answer Question C.1, at right.

**C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?
check one of the boxes to the right →
☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.
☒ NO. Continue to Question C.2.

**C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)
check one of the boxes to the right →
☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.
☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there.

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

**D.1. Is there at least one answer in Column A?**
☐ Yes ☒ No

If "yes," your case will initially be assigned to the SOUTHERN DIVISION.
Enter "Southern" in response to Question E, below, and continue from there.
If "no," go to question D2 to the right. →

**D.2. Is there at least one answer in Column B?**
☐ Yes ☒ No

If "yes," your case will initially be assigned to the EASTERN DIVISION.
Enter "Eastern" in response to Question E, below.
If "no," your case will be assigned to the WESTERN DIVISION.
Enter "Western" in response to Question E, below. ↓

**QUESTION E: Initial Division?**

INITIAL DIVISION IN CACD

Enter the initial division determined by Question A, B, C, or D above: → **WESTERN DIVISION**

**QUESTION F: Northern Counties?**

Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? ☐ Yes ☒ No

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court? ☒ NO ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court? ☒ NO ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY OR SELF-REPRESENTED LITIGANT):** Elizabeth Thomas   DATE: June 2, 2022

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)
**Counsel are required to furnish and discuss this Notice with their clients.**

Despite the efforts of the courts to achieve a fair, timely and just outcome in all cases, litigation has become an often lengthy and expensive process. For this reason, it is this Court's policy to encourage parties to attempt to settle their disputes, whenever possible, through alternative dispute resolution (ADR).

ADR can reduce both the time it takes to resolve a case and the costs of litigation, which can be substantial. ADR options include mediation, arbitration (binding or non-binding), neutral evaluation (NE), conciliation, mini-trial and fact-finding. ADR can be either Court-directed or privately conducted.

The Court's ADR Program offers mediation through a panel of qualified and impartial attorneys who will encourage the fair, speedy and economic resolution of civil actions. Panel Mediators each have at least ten years of legal experience and are appointed by the Court. They volunteer their preparation time and the first three hours of a mediation session. This is a cost-effective way for parties to explore potential avenues of resolution.

This Court requires that counsel discuss with their clients the ADR options available and instructs them to come to the initial scheduling conference prepared to discuss the parties' choice of ADR option. The ADR options available are: a settlement conference before the magistrate judge assigned to the case or the magistrate judge in Santa Barbara, the Court Mediation Panel, and private mediation. Counsel are also required to indicate the client's choice of ADR option in advance of the initial scheduling conference. See L.R. 26-1(c) and Fed.R.Civ.P. 26(f).

Clients and their counsel should carefully consider the anticipated expense of litigation, the uncertainties as to outcome, the time it will take to get to trial, the time an appeal will take if a decision is appealed, the burdens on a client's time, and the costs and expenses of litigation in relation to the amounts or stakes involved.

Each year thousands of civil cases are filed in this district, yet typically no more than one percent go to trial. Most cases are settled between the parties, voluntarily dismissed, resolved through Court-directed or other forms of ADR, or dismissed by the Court as lacking in merit or for other reasons provided by law.

For more information about the Court's ADR Program, the Mediation Panel, and the profiles of mediators, visit the Court website, www.cacd.uscourts.gov, under "ADR."