Elizabeth Thomas
11747 Carson street
Lakewood, CA 90715
Lakewoodcarsonstreet@gmail.com
5625413665



**FILED**
CLERK, U.S. DISTRICT COURT

7/7/22

CENTRAL DISTRICT OF CALIFORNIA
BY: ____slo____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Elizabeth Thomas

Plaintiff(s),

v.

LakewoodSheriffDepartment, Bv Lakewood Carson Street, Southern Ca Edison, Golden State Water Dept, Edco

Defendant(s).

CASE NUMBER

CV 22-3802-CJC (JEM)

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☑ The Counterclaim brought by Claimant(s) _Writ of possession_ is dismissed by Claimant(s) in its entirety.

☑ The Cross-Claim brought by Claimants(s) _Writ of possession_ is dismissed by the Claimant(s) in its entirety.

☑ The Third-party Claim brought by Claimant(s) _Writ of possession_ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

July 7, 2022
*Date*

"S" Elizabeth Thomas
*Signature of Attorney/Party*

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*