JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> LAKEWOOD SHERIFF'S DEP'T, et al., <br><br> Defendants. | Case No. CV 22-3802-SPG (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: October 4, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE